IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JUDY NEW, | } |
| | } |
| Plaintiff, | } |
| | } |
| v. | }  Case No.7:05-CV-961-RDP |
| | } |
| CINGULAR WIRELESS, LLC, | } |
| | } |
| Defendant. | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE**. The court shall retain jurisdiction over this matter for the sole purpose of enforcing the settlement reached by the parties.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **sixty (60) days** from the entry date of this Order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this 2nd day of November, 2007.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE